## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dr. Steven Greenfield,         :
             Petitioner     :
                       :
        v.             :      No. 711 C.D. 2019
                       :
Hanover Area School District,    :
Respondent             :

**PER CURIAM**              **O R D E R**

NOW, June 26, 2020, having considered Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.